JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SANDI RUSH,

     Plaintiff,

v.

GARFIELD BEACH CVS, LLC, et al.,

     Defendants.

_____/

Case No. 2:10-cv-04637-DSF-PLA

ORDER RE: JOINT
STIPULATION FOR DISMISSAL

     Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant CP Sierra Vista Mur, LLC,

     IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: _____ 9/29/11

_____
United States District Judge

Ordere re: Joint Stipulation for Dismissal

*Rush v. Garfield Beach CVS, LLC, et al.*
Case No. 2:10-cv-04637-DSF-PLA

- 1 -