JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH,<br><br>　　　Plaintiff,<br><br>v.<br><br>GARFIELD BEACH CVS, LLC, et al.,<br><br>　　　Defendants.<br>_____/ | Case No. 2:10-cv-04637-DSF-PLA<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

　　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush and defendant CP Sierra Vista Mur, LLC,

　　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: 9/29/11 _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge